THOMAS CONNELLY FLANAGAN v. RICHARD FOSTER.

March 16, 1982.

Petition for certification denied.  (See 182 *N.J.Super.* 282)

STATE OF NEW JERSEY v. THOMAS ROMAN.

March 16, 1982.

Petition for certification denied.  (See 182 *N.J.Super.* 297)

STATE OF NEW JERSEY v. HOWARD KING.

March 16, 1982.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. DAVID
GUY BALDWIN.

March 16, 1982.

Petition for certification denied.